UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:                                                                                  Chapter 7

MICHAEL ALTMAN,                                                      Case No. 25-12163 (DSJ)

                                    Debtor.
-------------------------------------------------------------X
GO JO ACCOUNTING INC.,

                                    Plaintiff,             Adv. Proc. No.: 25-01163 (DSJ)

        -   against    -

MICHAEL ALTMAN,

                                    Defendant.
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, Carol Brennan, am not a party to this action, am over 18 years of age and resident in the Bronx, New York.

    On January 5, 2026, I served a copy of the Summons and Complaint pursuant to §523 of the Bankruptcy Code and Notice of Hearing scheduled for March 10, 2026, at 10:00 a.m., by Electronic Mail and by First-Class Mail, postage prepaid, upon the parties identified on the attached service list.

Dated: New York, New York
         January 6, 2026

                                                 */s/ Carol Brennan*
                                                 Carol Brennan

Go Jo Accounting Inc. v. Michael Altman
Adv. Proc. No.:  25-01163 (DSJ)

***Electronic Mail***

David Saponara, Esq.
dsaponara@kudmanlaw.com

Sergio I. Scuteri, Esq.
sscuteri@capehart.com

## *First Class Mail*

United States Trustee's Office
Alexander Hamilton Customs House
One Bowling Green
New York, New York 10004-1408

David N. Saponara, Esq.
KUDMAN TRACHTEN ALOE POSNER
488 Madison Avenue – 23rd Floor
New York, New York 10022

Michael Altman
131 Fifth Avenue – Apt. 701
New York, New York 10003

Ross Eisenberg, Esq.
BERG & DAVID PLLC
372 Doughty Boulevard
Inwood, New York 11096

Sergio I. Scuteri, Esq.
CAPEHART & SCATHCHARD, P.A.
8000 Midlantic Drive – Suite 300 S
Mt. Laurel, New Jersey 08054

Alana R. Bartley, Esq.
DRAKE LOEB PLLC
555 Hudson Valey Avenue – Suite 100
New Windsor, New York 12553

ARCPE 1 LLC
1900 Sunset Harbor Drive – Annex 2
Miami Beach, Florida 33139

Michael Selman & JoAnn Ross
248 East 86th Street
New York, New York 10028

ALL HVAC
9030 Fort Hamilton Parkway
Brooklyn, New York 11209

American Express Bonvoy
P.O. Box 981535
El Paso, Texas 79998

American Express Business Platinum
P.O. Box 981535
El Paso, Texas 79998

American Express Gold
P.O. Box 981535
El Paso, Texas 79998

American Express Platinum
P.O. Box 981535
El Paso, Texas 79998

Arthur Abbey
212 East 39th Street
New York, New York 10016

BMO-Diners Club-FISC, c/o BMO
270 Remington Boulevard – Suite B
Bolingbrook, Illinois 60440

Calvary SPV 1, LLC
1 American Lane – Suite 220
Greenwich, Connecticut 06831

Cary Fields
45-46 11th Street
Long Island City, New York 11101

Citibank
P.O. Box 9001037
Louisville, Kentucky 40290

HI-I LC
65 Croton Place
Paramus, New Jersey 07652

LVNV Funding LLC
355 S. Main Street – Suite 300-D
Greenville, South Carolina 29601

MMG Investments I, LLC
3144 S. Winton Road
Rochester, New York 14623

Paramount Financial Services, LLC
4340 E. Indian School Road
Suite 21-467
Phoenix, Arizona 85018

U.S. Small Business Administration
26 Federal Plaza – Room 310
New York, New York 10278

William Mait PLLC
61 Broadway – Suite 1900
New York, New York 10006

Capehart & Scatchard, P.A.
8000 Midlantic Drive – Suite 300 S
Mount Laurel, New Jersey 08054

Drake LOEB PLLC
555 Hudson Valley Avenue – Suite 100
New Windsor, New York 12553

Kaufman Gildin & Robbins LLP
675 Third Avenue – Suite 220
New York, New York 10017

Levy Davis & Maher, LLP
1120 Avenue of the Americas
Suite 4073
New York, New York 10006

Tromberg, Morris & Partners, PLLC
39 Broadway – Suite 1250
New York, New York 10006